EVELYN M. G. KING ULMER v. LESLIE HERMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. BETCO CORPORATION. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ERNEST N. ADLER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ACE MAIL ADVERTISING Co., INC., v. HARRY NEUGOLD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of INTERNATIONAL MATCH CORPORATION, Respondent, Appellant, v. IRENE CATLIN ALLEN and Another, as Executors, etc., of FREDERIC W. ALLEN, Deceased, and Not Individually, Defendants, and DONALD DURANT and Others, Appellants, Respondents.— Orders so far as appealed from affirmed, without costs, with leave to the defendants, respondents, to serve amended answers within twenty days from service of order. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BLANCHE HURLEY, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, and ROSEMARY FAASE and Another, Intervening Defendants, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [153 Misc. 726.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED COOPER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ANNA FRIED, Respondent, v. HENRY FRIED, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AARON ZELMAN, Appellant, v. IRVING TRUST COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ARTHUR SIMON, Respondent, v. ABRAHAM GELLIS and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

4672 BROADWAY CORPORATION, Appellant, v. ARTHUR McMULLEN COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THOMAS DWYER, Respondent, v. R. V. W. REALTY CORPORATION and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.